1
2
3
4                    UNITED STATES DISTRICT COURT
5                   EASTERN DISTRICT OF CALIFORNIA
6                       SACRAMENTO DIVISION
7    ESTATE OF JEREMIAH WRIGHT, et al.,        Case No.
8                        Plaintiffs,           **DECLARATION OF CASSANDRA NEYENS**
                                               **RE: CAL. CODE CIV. PROC. § 377.32**
9    vs.
10   COUNTY OF STANISLAUS, et al.,
11                      Defendants.

12        I, Cassandra Neyens, do declare and say:

13        1.      I submit the following declaration concerning A▮▮ W▮▮'s status as the successor-in-

14   interest to Jeremiah Wright, pursuant to section § 377.32 of the California Code of Civil Procedure. I

15   submit this declaration on behalf of A▮▮ W▮▮ because he is a minor.

16        2.      Jeremiah Wright was born on ▮▮▮▮ 1985, in ~~United~~ Modesto CA .

17        3.      No proceeding is now pending in California for administration of the estate of Jeremiah

18   Wright.

19        4.      A▮▮ W▮▮ is the successor-in-interest to Jeremiah Wright (as defined in section

20   377.11 of the California Code of Civil Procedure) and succeeds to his interest in this action or

21   proceeding. A▮▮ W▮▮ is the biological son of Jeremiah Wright.

22        5.      No other person has a superior right to commence this action or proceeding, or to be

23   substituted for Jeremiah Wright in this pending action or proceeding.

24        6.      A true and correct copy of the death certificate of Jeremiah Wright is attached.

25        I declare under penalty of perjury under the laws of the State of California that the foregoing is

26   true and correct and that this declaration was executed on June 12, 2024, at Sacramento, California.

27
28                                    _Cassandra Neyens_ (signature)
                                      Cassandra Neyens

---

**DECLARATION OF CASSANDRA NEYENS RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Wright v. County of Stanislaus*, United States District Court, Eastern District of California, Case No. _____

# COUNTY OF STANISLAUS

MODESTO, CALIFORNIA

| 3052024115234 STATE FILE NUMBER | CERTIFICATE OF DEATH USE BLACK INK ONLY / NO ERASURES, WHITE OUTS OR ALTERATIONS VS-11 (REV 3/06) STATE OF CALIFORNIA | 3202450002265 LOCAL REGISTRATION NUMBER |
|---|---|---|

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT—FIRST (Given) JEREMIAH | 2. MIDDLE AUSTIN | 3. LAST (Family) WRIGHT |
|---|---|---|

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy 1985 | 5. AGE Yrs. 38 | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX M |
|---|---|---|---|---|

| 9. BIRTH STATE/FOREIGN COUNTRY CA | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? YES [X] NO UNK | 12. MARITAL STATUS/SRDP (at time of Death) NEVER MARRIED | 7. DATE OF DEATH mm/dd/ccyy 05/27/2024 | 8. HOUR (24 Hours) 0120 |
|---|---|---|---|---|---|

| 13. EDUCATION – Highest Level/Degree HS GRADUATE | 14/15. WAS DECEDENT HISPANIC/LATINO/A(O)/SPANISH? If yes, see worksheet on back) YES [X] NO | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) WHITE |
|---|---|---|

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED ELECTRICIAN | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) ELECTRICAL FIRM | 19. YEARS IN OCCUPATION 15 |
|---|---|---|

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location)

| 21. CITY MODESTO | 22. COUNTY/PROVINCE STANISLAUS | 23. ZIP CODE 95356 | 24. YEARS IN COUNTY 25 | 25. STATE/FOREIGN COUNTRY CA |
|---|---|---|---|---|

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP RODNEY DALE WRIGHT, FATHER | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) MODESTO, CA 95356 |
|---|---|

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|

| 31. NAME OF FATHER/PARENT–FIRST RODNEY | 32. MIDDLE DALE | 33. LAST WRIGHT | 34. BIRTH STATE CA |
|---|---|---|---|

| 35. NAME OF MOTHER/PARENT–FIRST ELLEN | 36. MIDDLE MARIE | 37. LAST (BIRTH NAME) SHORTER | 38. BIRTH STATE CA |
|---|---|---|---|

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy 06/03/2024 | 40. PLACE OF FINAL DISPOSITION RESIDENCE - RODNEY DALE WRIGHT MODESTO, CA 95356 | |
|---|---|---|

| 41. TYPE OF DISPOSITION(S) CREMATE/RESIDENCE | 42. SIGNATURE OF EMBALMER ▶ NOT EMBALMED | 43. LICENSE NUMBER |
|---|---|---|

| 44. NAME OF FUNERAL ESTABLISHMENT CUNNINGHAM'S AFFORDABLE BURIAL & CREMATION CENTER | 45. LICENSE NUMBER FD1563 | 46. SIGNATURE OF LOCAL REGISTRAR ▶ THEOGNOSIA PAPASOZOMENOU M.D. | 47. DATE mm/dd/ccyy 05/31/2024 |
|---|---|---|---|

**PLACE OF DEATH**

| 101. PLACE OF DEATH COUNTY JAIL | 102. IF HOSPITAL, SPECIFY ONE IP / EP/OP / DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE Hospice / Nursing Home/LTC / Decedent's Home / Other [X] |
|---|---|---|

| 104. COUNTY STANISLAUS | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) 200 E HACKETT ROAD | 105. CITY MODESTO |
|---|---|---|

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE | | 108. DEATH REPORTED TO CORONER? [X] YES NO |
|---|---|---|

| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) PENDING | Time interval between Onset and Death (A) |
|---|---|---|

CORONER'S CASE NUMBER C24001462

| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) | (B) |
|---|---|---|
| | (C) | (C) |
| | (D) | (D) |

| 109. BIOPSY PERFORMED? YES [X] NO |
|---|
| 110. AUTOPSY PERFORMED? [X] YES NO |
| 111. USED IN DETERMINING CAUSE? [X] YES NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) NO | 113A. DECEDENT PREGNANT IN LAST YEAR? YES [X] NO UNK |
|---|---|

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy (B) mm/dd/ccyy  Decedent Last Seen Alive ▶ | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|

118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH: Natural / Accident / Homicide / Suicide [X] / Pending Investigation / Could not be determined | 120. INJURED AT WORK? YES NO UNK | 121. INJURY DATE (mm/dd/ccyy) | 122. HOUR (24 Hours) |
|---|---|---|---|

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)

125. LOCATION OF INJURY (Street and number, or location, and city, and zip)

| 126. SIGNATURE OF CORONER / DEPUTY CORONER ▶ETTA JOHNSON | 127. DATE mm/dd/ccyy 05/31/2024 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER ETTA JOHNSON, DEP CORONER |
|---|---|---|

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|



**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF STANISLAUS

*Donna Linder*
DONNA LINDER, CLERK-RECORDER
STANISLAUS COUNTY, CALIFORNIA

50-793210

DATE ISSUED 06/14/2024    Page 1 of 1    BY _____ ISABELLA CARRILLO
Deputy

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Stanislaus County Clerk-Recorder. This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CASTANISD2

