Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
                paul@markmerin.com

   Attorneys for Plaintiffs
   ESTATE OF JEREMIAH WRIGHT, A.W.,
   RODNEY WRIGHT, and ELLEN WRIGHT

Jonathan B. Paul (215884)
Susan A. DeNardo (235166)
RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
T: (916) 922-1200
F: (916) 922-1303
E: jpaul@rhplawyers.com
E. sdenardo@rhplawyers.com

   Attorneys for Defendants
   COUNTY OF STANISLAUS, STANISLAUS
   COUNTY SHERIFF'S DEPARTMENT,
   JEFF DIRKSE, COLTON DUTEY,
   and VICTOR SANTOYO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JEREMIAH WRIGHT, A.W., RODNEY WRIGHT, and ELLEN WRIGHT, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, JEFF DIRKSE, COLTON DUTEY, VICTOR SANTOYO, and DOE 1 to 20, <br><br> Defendants. | Case No. 2:24-cv-02505-WBS-AC <br><br> **STIPULATION TO RESOLVE PENDING MOTIONS; ORDER** |

1

WHEREAS, there has been an existing dispute between Plaintiffs' Estate of Jeremiah Wright, A.W., Rodney Wright, and Ellen Wright (collectively, "Plaintiffs") and the County of Stanislaus, Stanislaus County Sheriff's Department, Jeff Dirkse, Colton Dutey, and Victor Santoyo (collectively, "Defendants") over the filing of an amended pleading in this action (ECF Nos. 36, 49, 51, 54);

WHEREAS, the parties have now reached agreement regarding the filing of the proposed amended pleading, to be called the Second Amended Complaint for purposes of clarity, which will moot ECF Nos. 36, 49, 51, and 54;

WHEREAS, a copy of the proposed Second Amended Complaint, showing the proposed changes in track changes mode, is attached hereto as **Exhibit A**;

WHEREAS, good cause exists for the filing of the proposed Second Amended Complaint to add new defendants to the action;

WHEREAS, the parties in consultation with the Court on March 16, 2026 have agreed upon the following proposed modification to the scheduling order, based on the good cause of new defendants being added to the action:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Expert Disclosures | 03/30/2026 | 09/30/2026 |
| Rebuttal Expert Disclosures | 05/04/2026 | 11/04/2026 |
| Discovery Cutoff | 06/01/2026 | 12/01/2026 |
| Discovery Motions Cutoff | 06/01/2026 | 12/01/2026 |
| Dispositive Motions Filing Cutoff | 07/27/2026 | 01/27/2027 |
| Final Pretrial Conference | 10/05/2026 | 04/05/2027 |
| Trial | 12/01/2026 | 10/25/2027 |

THEREFORE, the parties, by and through their counsel of record, hereby stipulate as follows:

1.      All pending motions regarding an amended pleading, ECF Nos. 36, 49, 51, 54, shall be DENIED as moot;

2.      Plaintiffs shall have leave to file the proposed Second Amended Complaint.

3.      The scheduling order shall be modified as indicated above.

2

IT IS SO STIPULATED.

Dated:  March 20, 2026

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*
(as authorized on 3-20-2026)
By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF JEREMIAH WRIGHT, A.W.,
RODNEY WRIGHT, and ELLEN WRIGHT

Dated: March 20, 2026

Respectfully Submitted,
RIVERA HEWITT PAUL LLP

*/s/ Susan A. DeNardo*

By: _____
Jonathan B. Paul
Susan A. DeNardo

Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS
COUNTY SHERIFF'S DEPARTMENT,
JEFF DIRKSE, COLTON DUTEY,
and VICTOR SANTOYO

**STIPULATION TO RESOLVE PENDING MOTIONS; ORDER**
*Estate of Wright v. County of Stanislaus*, United States District Court, Eastern District of California, Case No. 2:24-cv-02505-WBS-AC

## ORDER

Having reviewed the Stipulation of the parties and GOOD CAUSE APPEARING, the Stipulation is GRANTED and the Court ORDERS that:

1. All pending motions regarding an amended pleading, ECF Nos. 36, 49, 51, 54, are DENIED as moot;

2. Plaintiffs shall have leave to file the proposed Second Amended Complaint within seven (7) days of this order.

3. The Court's scheduling order, ECF No. 10, is AMENDED as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures | 03/30/2026 | 09/30/2026 |
| Rebuttal Expert Disclosures | 05/04/2026 | 11/04/2026 |
| Discovery Cutoff | 06/01/2026 | 12/01/2026 |
| Discovery Motions Cutoff | 06/01/2026 | 12/01/2026 |
| Dispositive Motions Filing Cutoff | 07/27/2026 | 01/27/2027 |
| Final Pretrial Conference | 10/05/2026 | **08/23/2027, 1:30 pm** |
| Trial | 12/01/2026 | **10/26/2027, 9:00 am** |

**IT IS SO ORDERED.**

Dated:  March 23, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4