Jonathan B. Paul (215884)
Susan A. DeNardo (235166)
**RIVERA HEWITT PAUL LLP**
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
T: (916) 922-1200
F: (916) 922-1303
E: jpaul@rhplawyers.com
E: sdenardo@rhplawyers.com

Attorneys for Defendants
COUNTY OF STANISLAUS,
STANISLAUS COUNTY SHERIFF'S
DEPARTMENT, JEFF DIRKSE,
COLTON DUTEY, VICTOR SANTOYO,
GURWINDER SINGH, JAVIER GOMEZ,
and CHRISTOPHER GALLO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JEREMIAH WRIGHT, A.W., RODNEY WRIGHT, and ELLEN WRIGHT, | Case No. 2:24-cv-02505-WBS-AC |
| Plaintiffs, | **ORDER ON REQUEST TO SEAL DOCUMENTS** |
| v. | |
| COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, JEFF DIRSKE, COLTON DUTEY, VICTOR SANTOYO; and DOES 1 to 20, | |
| Defendants. | |

Upon reviewing of the moving papers, opposition, reply, and the documents requested to be sealed, and good cause appearing, IT IS HEREBY ORDERED that:

1.    The Request for Judicial Notice in Support of County Defendants' Motion to Dismiss the Second Amended Complaint, ECF No. 77-2 be sealed and replaced with the redacted copy of ECF No. 77-2 which is Exhibit A to the Declaration of Susan A. DeNardo in support of this Request to Seal.

///

- 1 -
ORDER ON REQUEST TO SEAL DOCUMENTS

IT IS SO ORDERED.

Dated:  April 30, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER ON REQUEST TO SEAL DOCUMENTS