Jonathan B. Paul (SBN 215884)
Wendy Motooka (SBN 233589)
Susan A. DeNardo (SBN 235166)
**HEWITT & PAUL LLP**
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
T: (916) 922-1200
F: (916) 922-1303
E: jpaul@hewittpaul.com
E: wmotooka@hewittpaul.com
E: sdenardo@hewittpaul.com

Attorneys for Defendants
COUNTY OF STANISLAUS,
STANISLAUS COUNTY SHERIFF'S
DEPARTMENT, JEFF DIRKSE,
COLTON DUTEY, VICTOR SANTOYO,
GURWINDER SINGH, JAVIER GOMEZ,
and CHRISTOPHER GALLO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ESTATE OF JEREMIAH WRIGHT, A.W., RODNEY WRIGHT, and ELLEN WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, JEFF DIRSKE, COLTON DUTEY, VICTOR SANTOYO; and DOES 1 to 20,<br><br>Defendants. | Case No. 2:24-cv-02505-WBS-AC<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

Upon reviewing of the moving papers, opposition, reply, and the documents requested to be sealed, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Request for Judicial Notice in Support of County Defendants' Motion to Dismiss the Third Amended Complaint, ECF No. 102-2 be sealed and replaced with the redacted

copy of ECF No. 102-2 which is Exhibit B to the Declaration of Wendy Motooka in support of this Request to Seal.

**IT IS SO ORDERED.**

Dated: July 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE