UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ESTATE OF JEREMIAH WRIGHT, A.W., RODNEY WRIGHT, and ELLEN WRIGHT,

Plaintiffs,

v.

COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, JEFF DIRSKE, COLTON DUTEY, VICTOR SANTOYO, GURWINDER SINGH, JAVIER GOMEZ, CHRISTOPHER GALLO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC, WELLPATH MANAGEMENT, INC., SUNNY BASSI, IRENE GARRAD, PHAJIKARN TSE, HARPREET BOPARAI-SEKHON, KATHLEEN GARCIA, and JOE CAPORGNO,

Defendants.

No. 2:24-cv-02505 WBS AC

ORDER

----oo0oo----

Plaintiffs filed a request for reconsideration by the district judge of the magistrate judge’s denial of several of plaintiffs’ discovery motions. (Docket Nos. 117, 118.) Defendants are ORDERED to file their opposition to plaintiffs’

request on or before September 3, 2026, pursuant to Local Rule 303(d). The court will hold a hearing on plaintiffs' request on September 14, 2026, at 1:30 PM. Personal appearances by counsel are required.

Dated: August 31, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE