Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF JEREMIAH WRIGHT, A.W., RODNEY WRIGHT, and ELLEN WRIGHT

Jonathan B. Paul (SBN 215884)
Wendy Motooka (SBN 233589)
Susan A. DeNardo (SBN 235166)
HEWITT & PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
T: (916) 922-1200
F: (916) 922-1303
E: jpaul@hewittpaul.com
E: wmotooka@hewittpaul.com
E: sdenardo@hewittpaul.com

Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, JEFF DIRKSE, GURWINDER SINGH, JAVIER GOMEZ, COLTON DUTEY, CHRISTOPHER GALLO, and VICTOR SANTOYO

Paul A. Cardinale, State Bar No. 215812
Subreen K. Sandhu, State Bar No. 348040
MEDICAL DEFENSE LAW GROUP
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., JOE CAPORGNO, SUNNY BASSI, IRENE GARRAD, PHAJIKARN TSE, HARPREET BOPARAI-SEKHON, and KATHLEEN GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

ESTATE OF JEREMIAH WRIGHT, et al.,

Plaintiffs,

vs.

COUNTY OF STANISLAUS, et al.,

Defendants.

Case No. 2:24-cv-02505-WBS-AC

**STIPULATION TO RE-DESIGNATE "DOE 1" AS "JUDITH ALEJANDRE" IN AMENDED COMPLAINT; ORDER**

The Estate of Jeremiah Wright, A.W., Rodney Wright, and Ellen Wright (collectively, "Plaintiffs"); the County of Stanislaus, Stanislaus County Sheriff's Department, Jeff Dirkse, Gurwinder Singh, Javier Gomez, Colton Dutey, Christopher Gallo, and Victor Santoyo (collectively, "County Defendants"); and California Forensic Medical Group, Inc., Wellpath Management, Inc., Joe Caporgno, Sunny Bassi, Irene Garrad, Phajikarn Tse, Harpreet Boparaisekhon, and Kathleen Garcia (collectively, "CFMG/Wellpath Defendants") stipulate as follows:

WHEREAS, on June 24, 2026, Plaintiffs filed the currently-operative Third Amended Complaint wherein "Doe 1" is "sued by their fictitious name[]" and identified as "medical staff member" who "arrived at Cell B124" "[a]round 6:10 p.m." on May 26, 2024, ECF No. 100 ¶¶ 31, 171;

WHEREAS, on August 21, 2026, California Forensic Medical Group, Inc. produced discovery responses which identified "Doe 1" as "Judith Alejandre";

WHEREAS, on September 8, 2026, in response to County Defendants' motion to dismiss, the Court filed an order granting Plaintiffs leave to amend the Third Amended Complaint in a limited manner which does not include re-designating "Doe 1" as "Judith Alejandre," ECF No. 123 at 26;

WHEREAS, Plaintiffs' yet-to-be-filed Fourth Amended Complaint in response to the Court's September 8, 2026 Order is due to be filed by September 29, 2026, ECF 123 at 26;

WHEREAS, on September 16, 2026, in response to CFMG/Wellpath Defendants' motion to dismiss, the Court filed an order granting Plaintiffs leave to amend the Third Amended Complaint in a limited manner which does not include re-designating "Doe 1" as "Judith Alejandre," ECF No. 128 at 15;

WHEREAS, Plaintiffs' yet-to-be-filed Fourth Amended Complaint in response to the Court's September 16, 2026 order is due to be filed by October 7, 2026, ECF 128 at 15;

WHEREFORE, the parties have met-and-conferred and agreed that it would be most efficient for Plaintiffs to amend the Third Amended Complaint to both re-designate "Doe 1" as "Judith Alejandre" and make all other amendments consistent with the Court's orders filed September 8 and 16, 2026;

Now, THEREFORE, the parties, by and through the respective counsel of record, hereby stipulate as follows:

1. Plaintiffs shall have leave to amend the Third Amended Complaint to re-designate "Doe 1" as "Judith Alejandre" and to make all other amendments consistent with the Court's orders dated

September 8 and 16, 2026;

2. Plaintiffs' time to file the Fourth Amended Complaint in response to the Court's order of September 8, 2026 shall be extended from September 29, 2026 to October 7, 2026, to permit Plaintiffs to file a single Fourth Amended Complaint in response to the Court's orders filed September 8 and 16, 2026; and

3. Defendants shall have 14 days from the filing of the Fourth Amended Complaint to respond in any manner authorized by Federal Rule of Civil Procedure 12, pursuant to Federal Rule of Civil Procedure 15(a)(3).

IT IS SO STIPULATED.

Dated: September 21, 2026

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: ______________________________
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF JEREMIAH WRIGHT, A.W., RODNEY WRIGHT, and ELLEN WRIGHT

Dated: September 21, 2026

Respectfully Submitted,
HEWITT & PAUL LLP

*/s/ Susan A. DeNardo*
(as authorized on September 21, 2026)

By: ______________________________
Jonathan B. Paul
Wendy Motooka
Susan A. DeNardo

Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, JEFF DIRKSE, GURWINDER SINGH, JAVIER GOMEZ, COLTON DUTEY, CHRISTOPHER GALLO, and VICTOR SANTOYO

Dated: September 21, 2026

Respectfully Submitted,
MEDICAL DEFENSE LAW GROUP

*/s/ Paul A. Cardinale*
(as authorized on September 21, 2026)
By: ______________________________
Paul A. Cardinale
Subreen K. Sandhu

Attorney for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., JOE CAPORGNO, SUNNY BASSI, IRENE GARRAD, PHAJIKARN TSE, HARPREET BOPARAI-SEKHON, and KATHLEEN GARCIA

**ORDER**

Having reviewed the Stipulation of the parties and GOOD CAUSE APPEARING, the parties' stipulation is GRANTED as follows:

1. Plaintiffs shall have leave to amend the Third Amended Complaint to re-designate "Doe 1" as "Judith Alejandre" and to make all other amendments consistent with the Court's orders dated September 8 and 16, 2026;

2. Plaintiffs' time to file the Fourth Amended Complaint in response to the Court's order of September 8, 2026 shall be extended from September 29, 2026 to October 7, 2026; and

3. Defendants shall have 14 days from the filing of the Fourth Amended Complaint to respond in any manner authorized by Federal Rule of Civil Procedure 12, pursuant to Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

Dated: September 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE