UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ESTATE OF JEREMIAH WRIGHT, A.W., RODNEY WRIGHT, and ELLEN WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, JEFF DIRSKE, COLTON DUTEY, VICTOR SANTOYO, GURWINDER SINGH, JAVIER GOMEZ, CHRISTOPHER GALLO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC, WELLPATH MANAGEMENT, INC., SUNNY BASSI, IRENE GARRAD, PHAJIKARN TSE, HARPREET BOPARAI-SEKHON, KATHLEEN GARCIA, JOE CAPORGNO, and JUDITH ALEJANDRE,<br><br>Defendants. | No. 2:24-cv-02505 WBS AC<br><br>ORDER |

----oo0oo----

The court has received the non-county defendants' ex parte application for an order extending certain case deadlines. (Docket No. 133.) The current expert disclosure deadline of September 30, 2026, is STAYED pending resolution of the

application. The court will hold a hearing on the application in person in Courtroom 5 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California, on October 13, 2026, at 1:30pm. Personal appearances by counsel are required. The parties may, but are not required to, file additional briefing or materials relating to the application no later than Wednesday, October 7, 2026.

Dated: September 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE