UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ESTATE OF JEREMIAH WRIGHT, A.W., RODNEY WRIGHT, and ELLEN WRIGHT,

Plaintiffs,

v.

COUNTY SHERIFF'S DEPARTMENT, JEFF DIRSKE, COLTON DUTEY, VICTOR SANTOYO, GURWINDER SINGH, JAVIER GOMEZ, CHRISTOPHER GALLO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC, WELLPATH MANAGEMENT, INC., SUNNY BASSI, IRENE GARRAD, PHAJIKARN TSE, HARPREET BOPARAI-SEKHON, KATHLEEN GARCIA, JOE CAPORGNO, and JUDITH ALEJANDRE,

Defendants.

No. 2:24-cv-02505 WBS AC

ORDER

----oo0oo----

The undersigned hereby recuses himself from further handling of the above-captioned case. The Clerk shall reassign this matter to another district judge for all future proceedings.

IT IS SO ORDERED.

Dated: October 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE